MICHAEL BAILEY
United States Attorney
District of Arizona
VINCENT J. SOTTOSANTI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: vincent.sottosanti@usdoj.gov
Attorneys for Plaintiff

FILED ___ RECEIVED ___ LODGED ___ COPY
MAR 13 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CR-20-892-TUC-RM-BGM

United States of America,

Plaintiff,

vs.

Melanie Kaye Garcia,

Defendant.

No. 20-08558M(BGM)

**INFORMATION**

Violation:  8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)

(Conspiracy to Transport Illegal Aliens for Profit)
**Felony**

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

From a date unknown to on or about February 21, 2020, in the District of Arizona, Melanie Kaye Garcia, did knowingly and intentionally combine, conspire, confederate, and agree with various persons known and unknown, to transport and move Karina Malagon-Pina and Cesar Daniel Sanchez-Monroy, illegal aliens, within the United States by means of transportation or otherwise, in furtherance of such violation of law for the purpose of commercial advantage or private financial gain all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

MICHAEL BAILEY
United States Attorney
District of Arizona

3/13/20
Date

VINCENT J. SOTTOSANTI
Assistant U.S. Attorney